

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:　　　David Berry v. Faith Temple Ministry International

Appellate case number:　　01-19-00290-CV

Trial court case number:　1128507

Trial court:　　　　　　　County Civil Court at Law No. 3 of Harris County

　　　　Appellant, David Berry, is attempting to appeal the trial court's judgment concluding that appellee, Faith Temple Ministry International, was entitled to immediate possession of the property at 411 Berry Road, Houston, Texas.

　　　　A final judgment in an eviction suit is not appealable on the issue of possession unless the premises are used for residential purposes only. *See* TEX. PROP. CODE § 24.007. The premises involved in this case appear to have been used for commercial purposes—as a church—rather than for residential purposes only.

　　　　Accordingly, the Court may dismiss this appeal for lack of jurisdiction unless appellant files a response **within 10 days of the date of this order** establishing this Court's jurisdiction.

　　　　It is so ORDERED.


Judge's signature: ___/s/ Peter Kelly_____
　　　　　　　　　　☒ Acting individually　　☐ Acting for the Court


Date: ___June 4, 2019___